1 | **Thomas R. Foley (SBN 173873)**
**FOLEY LAW OFFICE**
2 | **3843 S. Bristol ST #625**
**Santa Ana, CA 92704**
3 | **(714) 277-4496**
**Facsimile: (714) 908-7235**
4 |
**Counsel for Defendant Purposeful Press, LLC**
5 |
6 |
7 |
8 | UNITED STATES DISTRICT COURT
9 | CENTRAL DISTRICT OF CALIFORNIA. EASTERN DIVISION
10 |
11 | JEAN SPRENGEL, an individual,          )   CASE NO. 2:11-cv-08742 JHN (SPx)
12 |            Plaintiff,                 )
13 |    v.                                 )   **CERTIFICATION AND NOTICE OF**
                                           )   **INTERESTED PARTIES**
14 | LANETTE SPRENGEL MOHR, an              )
     individual, and PURPOSEFUL PRESS,     )
15 | LLC, a California limited liability    )
     company,                              )
16 |                                       )   Hon. Jacqueline H. Nguyen
            Defendants.                    )
17 |                                       )

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Defendant Purposeful Press, LLC, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| **PARTY** | **CONNECTION** |
|---|---|
| Jean Sprengel | Co-owner of Purposeful Press, LLC |
| Lanette Sprengel Mohr | Co-owner of Purposeful Press, LLC |

DATED: January 20, 2012      Respectfully submitted,

FOLEY LAW OFFICE

By:  /s/ Thomas R. Foley
Thomas R. Foley
Counsel for Defendant Purposeful Press, LLC