FRANK W. CHEN (State Bar No. 137079)
fchen@FrankChenLaw.com
**LAW OFFICES OF FRANK W. CHEN**
2600 Mission Street, Suite 206
San Marino, CA 91108
Telephone: (626) 441-4205
Facsimile:  (626) 441-4352

**ROSENBERG MENDLIN & ROSEN, LLP**
ROGER M. ROSEN (State Bar No. 120313)
rrosen@rmrlaw.com
528 Colorado Avenue
Santa Monica, California 90401
Telephone:  (310) 899-9008
Facsimile:   (310) 899-9006

Attorneys for Defendant Lanette Sprengel Mohr

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN SPRENGEL, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>LANETTE SPRENGEL MOHR, an individual, PURPOSEFUL PRESS, LLC, a California limited liability company,<br><br>  Defendants. | CASE NO. CV-1108742 JHN SPx<br><br>Assigned to the Hon. Jacqueline H. Nguyen<br><br>**DECLARATION OF ROGER M. ROSEN IN SUPPORT OF MOTION TO DISQUALIFY THOMAS R. FOLEY AS COUNSEL**<br><br>DATE:  MARCH 6, 2012<br>TIME:  2:00 PM<br>COURTROOM:  790 |

ROSEN DECLARATION RE MOTION TO DISQUALIFY

# DECLARATION OF ROGER M. ROSEN

Roger M. Rosen declares as follows:

1. I am a partner in Rosenberg Mendlin & Rosen, LLP, counsel for defendant Lanette Mohr in this action. I am a member of the State Bar of California, licensed to practice before all the Courts of this State and the United States District Court for the Central District of California. I have personal knowledge of the matters set forth herein and if called as a witness I would and could testify competently thereto.

2. Jean Sprengel's Complaint in this lawsuit did not name Purposeful Press, LLC originally. On Lanette Mohr's behalf, I asserted that Purposeful Press, LLC was an indispensible party. Jean Sprengel's lawyers, John Holcomb, Michael Trenholm, and Michael Kerbs, disagreed. We met and conferred about that dispute. They would not agree to name Purposeful Press, LLC as a party defendant.

3. I filed a motion to compel the joinder of Purposeful Press, LLC as an indispensable party under FRCP Rule 12(b)(7). On the day before the opposition to the motion was due, Mr. Holcomb told me that Jean Sprengel would not oppose the motion, she would file a First Amended Complaint adding Purposeful Press, LLC as a defendant, and that he would serve the summons and First Amended Complaint on lawyer Kenneth Stream as the registered agent for service of process for the Company.

4. Jean Sprengel did file a First Amended Complaint naming Purposeful Press, LLC as a party defendant.

5. Her lawyers did not serve Kenneth Stream.

6. Thomas R. Foley filed an Answer for Purposeful Press, LLC, without affirmative defenses, and without a counter-claim, on the same day that the First Amended Complaint was filed.

7. The Company has not yet been formally served with the First Amended Complaint.

8. Prior to filing this motion, and pursuant to local Rule 7-3, I met-and-conferred with counsel for Plaintiff Jean Sprengel, John Holcomb, Michael Trenholm

and Michael Kerbs, and with Thomas R. Foley, by individual telephone calls and letters and e mail messages, and then, collectively, via conference call, on January 27, 2012. We could not agree on the points raised in the motion nor on the relief sought. Also on that conference call were Frank Chen and Vincent Cox.

9. During the meet and confer process Mr. Foley informed me that he was retained by Jean Sprengel to represent Purposeful Press, LLC and that he filed a "neutral" Answer that did not favor either party (thereby not zealously representing Purposeful Press, LLC's interests). He refused to withdraw upon being requested to do so by, after the matters discussed in the memorandum above were explained to him.

10. I attempted to serve Mr. Foley with a deposition subpoena to inquire into this matter with greater specificity, including the source of the funds used to pay him. Mr. Foley's "address" is a mail box. I could not serve him in person, not being able to determine a physical address where he can be found.

11. Mr. Foley learned of the subpoena. He objected to and refused to attend the deposition.

I declare under penalty of perjury of the laws of the United States of America that the above is true and correct and that I signed this declaration on February 6, 2012 at Santa Monica, California.

_____
Roger M. Rosen