Michael H. Trenholm (Bar No. 163291)
John W. Holcomb (Bar No. 172121)
KNOBBE, MARTENS, OLSON & BEAR, LLP
3403 Tenth Street, Suite 700
Riverside, CA 92501
T: 951-781-9231; F: 949-760-9502

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN SPRENGEL, an individual,<br><br>Plaintiff(s)<br>v.<br><br>LANETTE SPRINGEL MOHR, an individual; and,<br>PURPOSEFUL PRESS, LLC, a California limited liability company,<br>Defendant(s). | CASE NUMBER:<br><br>2:11cv8742 JHN (SPx)<br><br>STIPULATION REGARDING SELECTION OF PANEL MEDIATOR |

**CHECK ONLY ONE BOX:**

[x] The parties stipulate that  Honorable Patricia Collins  may serve as the Panel Mediator in the above-captioned case. Plaintiff has obtained the Panel Mediator's consent to conduct the mediation.

[ ] The parties request that the ADR Program staff assign to the above-captioned case a Panel Mediator with expertise in the following area of law: _____

Dated: February 7, 2012

Attorney For Plaintiff   Jean Sprengel

Dated:

Attorney For Plaintiff

Dated: Feb. 7, 2012

Attorney For Defendant   Lanette Sprengel Mohr

Dated: February 8, 2012

Attorney For Defendant   Purposeful Press, LLC

Attorney for Plaintiff to electronically file original document.