JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN SPRENGEL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LANETTE SPRENGEL MOHR,<br><br>　　　　　Defendant. | Case No. CV 11-08742- MWF (SPx)<br><br>**JUDGMENT AFTER TRIAL** |

　　　Following a trial to the Court, the Court entered its Findings of Fact and Conclusions of Law. (Docket No. 213). Consistent with the Findings of Fact and Conclusions of Law, and pursuant to Rules 54(a) and 58(b)(1)(C) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED, ADJUDGED and DECREED that judgment on the merits be entered as follows:

1. On Plaintiff's Claim 1 that Defendant has willfully and deliberately infringed Plaintiff's copyright in the Original Work (Exhibits 246, 247, 349, and 489 at trial): In favor of Defendant.

2. On Plaintiff's Claim 2 that Defendant has made profits by reason of her infringement of Plaintiff's copyrights in the Original Work: In favor of Defendant.

3. On Plaintiff's Claim 3 that as a direct consequence of Defendant's infringing actions, Plaintiff has been damaged, and Plaintiff has suffered and will continue to suffer irreparable injury: In favor of Defendant.

4. On Plaintiff's Claim 4 that Defendant's actions constitute unlawful, unfair, malicious, or fraudulent business practices in violation of California Business & Professional Code §§ 17200 *et seq.* and the common law of the State of California: In favor of Defendant.

5. On Plaintiff's Claim 5 that Defendant's actions constituting unlawful, unfair, malicious, or fraudulent business practices have injured and violated the rights of Plaintiff: In favor of Defendant.

6. On Plaintiff's Claim 6 that Defendant's willful acts of unfair competition constitute fraud, oppression, and malice: In favor of Defendant.

7. On Plaintiff's Claim 7 for declaratory judgment that Plaintiff is the sole author of the Derivative Works (ChemoCompanion Care Guide (Exhibit 161 at trial) and the ChemoCompanion Pocket Guide (Exhibit 162 at trial) (collectively, the "Derivative Works")): In favor of Plaintiff.

8. On Defendant's Counter-Claim 1 for declaratory judgment that the license Sprengel granted to Purposeful Press to create and to sell the Derivative Works was not revoked: In favor of Defendant.

9. On Defendant's Counter-Claim 2 for declaratory judgment that Purposeful Press has a license regarding the Caregiver Guide: Consistent with number 8, *supra*, the Court declares that Purposeful Press has a license to publish the

ChemoCompanion Care Guide (Exhibit 161 at trial) and the ChemoCompanion Pocket Guide (Exhibit 162 at trial). To exercise a license to publish any additional derivatives works, including a derivative caregiver guide, Purposeful Press must obtain Sprengel's approval.

10. On Defendant's Counter-Claim 3 for declaratory judgment that Purposeful Press has a license to develop other derivative works, such as the Christian Guide, the Men's Guide, etc.: Consistent with numbers 8 and 9, *supra*, the Court declares that Purposeful Press has a license to publish the ChemoCompanion Care Guide (Exhibit 161 at trial) and the ChemoCompanion Pocket Guide (Exhibit 162 at trial). To exercise a license to publish any additional derivatives works, including a derivative Christian guide, or men's guide, Purposeful Press must obtain Sprengel's approval.

11. On Defendant's Counter-Claim 4 for declaratory judgment that Mohr is a joint author of the Derivative Works: In favor of Plaintiff.

In accordance with Local Rule 54 and pursuant to the stipulation of the parties (Docket No. 218), no party is prevailing for the purposes of recovering attorneys' fees or costs in this action.

Dated: April 29, 2013

MICHAEL W. FITZGERALD
United States District Judge

-3-